# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TERMINATION OF LEGACY ANTITRUST JUDGMENTS IN THE EASTERN DISTRICT OF CALIFORNIA | Misc. No. 2:19-mc-0083 KJM KJN<br>**ORDER TERMINATING FINAL JUDGMENTS** |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br>E.L. BRUCE CO., *et al.*,<br>    Defendants; | Civil No. 21783 W |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br>BATTERY SEPARATOR MFRS.' ASS'N, *et al.*,<br>    Defendants; | Civil No. 21940-R |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 1479-ND |
| Plaintiff, | |
| v. | |
| BAKERSFIELD ASSOCIATED PLUMBING CONTRACTORS, INC., *et al.*, | |
| Defendants. | |

The Court having received the motion of plaintiff United States of America for termination of the final judgments entered in these cases, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgments, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgments are hereby terminated.

DATED: June 20, 2019.

_____
UNITED STATES DISTRICT JUDGE